No. 186, Misc. WYCOFF v. LANE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 187, Misc. BAKER v. EYMAN, WARDEN, ET AL. Supreme Court of Arizona. Certiorari denied.

No. 191, Misc. HUDDLESTON v. OHIO RIVER Co. C. A. 3d Cir. Certiorari denied. *Louis C. Glasso* for petitioner. *Carl E. Glock* for respondent.

No. 196, Misc. HORTON v. CHESTERFIELD COUNTY ET AL. C. A. 4th Cir. Certiorari denied.

No. 197, Misc. WIGGINS v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 200, Misc. HILL v. NEW YORK. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 202, Misc. EVANS v. NEW YORK. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 204, Misc. RIDEOUT v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard Schmude* for the United States.

No. 206, Misc. CROW v. MISSOURI. Supreme Court of Missouri. Certiorari denied. Petitioner *pro se.* *Thomas F. Eagleton,* Attorney General of Missouri, and *Howard L. McFadden,* Assistant Attorney General, for respondent.